GARY M. RESTAINO
United States Attorney
District of Arizona
BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED        LODGED
RECEIVED     COPY

JAN 2 3 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-24-00146-PHX-JJT (ESW) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 1-15 |
| Jae'Shawn Montre Rutherford, | | |
| Defendant. | | |

**THE GRAND JURY CHARGES:**

## COUNTS 1-15

On or about the dates below, in the District of Arizona, Defendant JAE'SHAWN MONTRE RUTHERFORD knowingly made false statements and representations in connection with the acquisition of a firearm to the business listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the business, in that Defendant JAE'SHAWN MONTRE RUTHERFORD did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction

Record, in each of the counts below stating he was the actual transferee/buyer, whereas in truth and fact, he knew that he was purchasing the firearms for someone else:

| Count | Date | FFL |
|---|---|---|
| 1 | 1/23/2021 | Perfect Pawn & Jewelry (San Tan Valley, AZ) |
| 2 | 1/23/2021 | D.K. Defense (San Tan Valley, AZ) |
| 3 | 2/2/2021 | D.K. Defense (San Tan Valley, AZ) |
| 4 | 8/31/2021 | D.K. Defense (San Tan Valley, AZ) |
| 5 | 9/8/2021 | Money Mikes Pawn and Gold (Apache Junction, AZ) |
| 6 | 10/14/2021 | D.K. Defense (San Tan Valley, AZ) |
| 7 | 10/26/2021 | D.K. Defense (San Tan Valley, AZ) |
| 8 | 10/27/2021 | D.K. Defense (San Tan Valley, AZ) |
| 9 | 11/17/2021 | Ammo AZ (Phoenix, AZ) |
| 10 | 12/21/2021 | Click Click Bang Firearms (Chandler, AZ) |
| 11 | 1/17/2022 | Predator Guns (Tempe, AZ) |
| 12 | 1/17/2022 | Liberty Pawn (Mesa, AZ) |
| 13 | 2/7/2022 | Alpha Dog Firearms (Phoenix, AZ) |
| 14 | 2/8/2022 | D.K. Defense (San Tan Valley, AZ) |
| 15 | 3/1/2022 | Alpha Dog Firearms (Phoenix, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: January 23, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
BENJAMIN GOLDBERG
Assistant U.S. Attorney

- 2 -